IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MOHAMED CONDE, | : | Case No. 15-14933 REF |
| Debtor, | : | Chapter 13 |

## O R D E R

*AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,654.00, $653.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *GRANTED,* and the amount of compensation is *APPROVED*.

**Date: February 6, 2017**

BY THE COURT,

_____
RICHARD FEHLING,
U.S. BANKRUPTCY JUDGE