# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mohamed Conde<br>　　　　　　　　　Debtor<br><br>Wilmington Trust, National Association, not in its individual capacity but solely as trustee for VM Trust Series 2, a Delaware statutory trust<br>　　　　　　　　　Movant<br>　　　　　v.<br>Mohamed Conde<br>　　　　　　　　　Debtor<br>　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 15-14933 REF |

## **ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 15, 2016, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified so as to allow Wilmington Trust, National Association, not in its individual capacity but solely as trustee for VM Trust Series 2, a Delaware statutory trust, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, with regard to the premises 748 Tamarack Trail, Reading, PA 19602.

**Date: August 18, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

Mohamed Conde
748 Tamarack Trail
Reading, PA 19602

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Joseph T. Bambrick, Jr. Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532