United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mohamed Conde
     Debtor

Case No. 15-14933-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Aug 24, 2017
                       Form ID: pdf900     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db            +Mohamed Conde,    748 Tamarack Trail,    Reading, PA 19607-3105
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13586808       Arcadia Recovery Bureau,    PO Box 6768,    Reading, PA 19610-0768
13584488       Chase,    PO Box 469030,    Glendale, CO 80246-9030
13586809      +Cumru Township,    1775 Welsh Road,    Mohnton, PA 19540-8803
13586811       Met-Ed,    PO Box 3687,    Akron, OH 44309-3687
13586812      +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
13625134      +Wilmington Trust National Assoc.,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839504      +Wilmington Trust, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13615629      +Wilmington Trust, National Association,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Aug 25 2017 01:17:51      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2017 01:17:34
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2017 01:17:56      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13586810       E-mail/Text: Bankruptcy.Consumer@dish.com Aug 25 2017 01:17:46      Dish Network,    PO Box 94063,
                Palatine, IL 60094-4063
                                                                                              TOTAL: 4
```

       \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
13584489       Cumru Township
13584490       Met-Ed
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Mohamed  Conde NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Trust, National Association, Et Al...
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Trust, National Association, Et Al...
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Trust, National Association, Et Al...
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

MOHAMED CONDE
                                                          : Bankruptcy No. 15-14933REF
        Debtor(s)                                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                          BY THE COURT

**Date: August 24, 2017**

                                                          _____
                                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

MOHAMED CONDE
748 TAMARACK TRAIL
READING,PA.19607-